## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

**PEDRO SANTOS OQUENDO**

**DEBTOR(S)**

**CASE NUMBER: 07-07684 (ESL)**

**CHAPTER 13 ASSET CASE)**

### DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

**a. Amended in order to cured arrears with chapter 13 plan due to the death of his mother and extraordinary expenses.**

3. Debtor (s) amend plan call twenty nine(29) payment of $200.00, four(4) payments of $0.00 and seven (7) payments of $200.00 for a total base of $7,200.00.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules which no only provides for the four (4) arrears but extends the plan those four (4) months in order for the base remain the same.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 8th, day of October, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                 Case No. **07-07684 ESL**

**SANTOS OQUENDO, PEDRO**                              Chapter **13**
_Debtor(s)_

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ ☐ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: **10/08/2010** Filed by: ☑ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **200.00** x **29** = $ **5,800.00**<br>$ **0.00** x **4** = $ **0.00**<br>$ **200.00** x **7** = $ **1,400.00**<br>$ _____ x _____ = $ _____<br>$ _____ x _____ = $ _____<br><br>TOTAL: $ **7,200.00**<br><br>Additional Payments:<br>$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:<br><br>☐ Sale of Property identified as follows:<br>_____<br>_____<br>☐ Other:<br>_____<br>_____<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ _____ x _____ = $ _____<br><br>PROPOSED BASE: $ **7,200.00** | A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____<br>B. SECURED CLAIMS:<br>☑ Debtor represents no secured claims.<br>☐ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>2. ☐ Trustee pays IN FULL Secured Claims:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br><br>5. ☐ Other:<br><br>6. ☐ Debtor otherwise maintains regular payments directly to: |

| III. ATTORNEY'S FEES (Treated as § 507 Priorities) | C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____<br>☐ Paid 100% / ☐ Other: _____<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
|---|---|
| Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,954.00**<br>*+ 350·00*<br>*Balance 3304·00*<br><br>Signed: **/s/ PEDRO SANTOS OQUENDO**<br>Debtor<br><br>Joint Debtor | OTHER PROVISIONS: (_Executory contracts; payment of interest to unsecureds, etc._)<br>**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.** |

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SANTOS OQUENDO PEDRO
CALLE LOS PADRES #587  INTERIOR
BO CANTERA
SANTURCE PR  00915

SAM'S CLUB
PO BOX 530942
ATLANTA GA  30353-0942


MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR  00919-5596

WAL-MART
PO BOX 530927
ATLANTA GA  30353-0927


ADVANCE AUTO PARTS
PO BOX 609
MEMPHIS TN  38101-0609

WESTERNBANK
PO BOX 1180
MAYAGUEZ PR  00681-1180


CENTENIAL DE PUERTO RICO
PO BOX 71333
SAN JUAN PR  00936-8433


CITIFINANCIAL
ROOMS TO GO
PO BOX 71328
SAN JUAN PR  00936-8428


CLARO
PO BOX 360998
SAN JUAN PR  00936


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR  00902


DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR  00918


FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR  00902-0192


ISLAND FINANCE
ORIENTAL BANK GROUP BUILDING
998 CALLESAN ROBERTO SUITE 3000
RIO PIEDRAS PR  00926