UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

PEDRO SANTOS OQUENDO

CASE NO. 07-07684-ESL

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**       Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**      R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,954.00    Fees paid: $2,954.00    Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **12/27/2010** (Dkt 35)**.**      Plan Base: **7,200.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]

   Debtor is $400.00 (two payments) in arrears in payments to the Trustee, per the proposed post confirmation modification plan.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this January 19, 2011.

/s/ Jose R. Carrion
_____
/s/ Alexandra Rodriguez -Staff Attorney
_____

JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550

ARD