IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGIN ISLANDS

In Re:
JILL SINGER

Case No.: 09-30007-MFW

Chapter 13

Debtor(s)

**STANDING CHAPTER 13 TRUSTEE'S
CERTIFICATION FOR DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), AND
RULES 1007(b)(7) OF THE FRBP and LR 3015-2(j)**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, and very respectfully certifies that:

1. Debtor(s) has/have completed by claims the confirmed plan.

**Section 1328(a) & LR 3015-2(j)
DSO Certification of Compliance**

2. According to the case record debtor(s) has/have **NO** domestic support obligations.

**Section 1328(f) No Prior Discharge Requirement**

3. According to the case record the debtor(s) has/have not received a discharge under Chapters 7, 11 or 12 during the 4 year period preceding this case petition date.

4. According to the case record the debtor(s) has/have not received a discharge under Chapters 13 during the 2 year period preceding this case petition date.

**Section 1328(g)(1) & FRBP Rule 1007(b)(7)
Instructional Course Requirement**

5. According to the case record debtor(s) has/have filed certification(s) of completion of an instructional course concerning personal financial management described in 11 U.S.C. §111 as required by Rule 1007(b)(7) of the FRBP.

**Section 1328(h) Not Applicable**

6. Subsection (h) of §1328 is not applicable to the debtor(s) in this case since he/she/they, pursuant to §522(b)(2), elected to use federal exemptions under §522(d).

## Conclusion

7. Pursuant to 11 USC §1328(a) if the above described conditions are met then the Court shall grant the debtor(s) a Chapter 13 discharge.

   **WHEREFORE,** the Trustee hereby respectfully prays from this Honorable Court take notice of the aforementioned certification.

   **CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

   In San Juan, Puerto Rico, this **9** day of November, 2011.

   **JOSE R. CARRION**
   CHAPTER 13 TRUSTEE
   P.O. Box 9023884,
   Old San Juan Station,
   San Juan, P.R. 00902-3884
   Tel (787) 977-3535
   FAX (787) 977-3550

   By: */s/ José R. Carrión*

09-30007-MFW                     CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| BENJAMIN A CURRENCE*<br>5045 NORRE GADE<br>ST THOMAS, VI 00802 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JILL SINGER<br>PO BOX 10649<br>ST THOMAS, VI 00801 |
| ACACIA FEDERAL SAVINGS BANK<br>1 CORPORATE DR SUITE 360<br>LAKE ZURICH, IL 60047 | AES GRADUARTE & PROFESSIONAL SVCS<br>HARRISBURG, PA 17130-0557 |
| AFS<br>C/O EMILY SABO ESQ<br>4002 RAPHUNE HILL<br>SUITE 408B<br>ST THOMAS, VI 00802 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| CITICARDS<br>PO BOX 44167<br>JACKSONVILLE, FL 32231 | ECAST SETTLEMENT CORP<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 |
| WVC ST JOHN INC<br>STARWOOD PORTFOLIO SERVICES<br>PO BOX 22197<br>LAKE BUENA VISTA, FL 32830 | WVC ST JONH INC & US VIRGIN ISLAND CORP<br>450 S ORANGE AVENUE SUITE 800<br>PO BOX 2809<br>ORLANDO, FL 32802-2809 |
| DATED: November 09, 2011 | OLGA SOSA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |